UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
EDEN PINO, LESTER MONCADA, and        :
WALTER ULLOA, on behalf of themselves and all
others similarly situated,            :
                                     Case No. 17-cv-5910 (KAM)(RER)

                 *Plaintiffs*,         :

       – against –                    :

HARRIS WATER MAIN & SEWER             :
CONTRACTORS, INC., STEVEN KOGEL,
individually, and BRETT KOGEL, individually,   :

                 *Defendants.*        :
-----------------------------------------------------------------x

## CONSENT TO BECOME A PARTY PLAINTIFF

    I hereby consent to become a party plaintiff in the above-captioned action and make claims under the Fair Labor Standards Act, 29, U.S.C. § 201, *et seq.*, against defendants HARRIS WATER MAIN & SEWER CONTRACTORS, INC., STEVEN KOGEL, individually, and BRETT KOGEL, individually.

    By signing below, I hereby authorize the law firm of Tarter Krinsky & Drogin LLP to represent me in this case.

Signature: _____     Printed Name:_____

Date: _____     Address: _____

                                                               _____

                                                      Phone Number: _____

                                                     Email Address: _____

    This completed form must be postmarked or returned to Plaintiff's counsel at the following address by [INSERT DEADLINE]:

TARTER KRINSKY & DROGIN LLP
1350 Broadway, 11th Floor
New York, NY 10018
Phone: (212) 216-8000
Email: HarrisLawsuit@tarterkrinsky.com
