<div style="border:1px solid black; padding:8px; text-align:center;">

**IMPORTANT NOTICE**
REGARDING WAGES YOU MAY BE OWED FROM YOUR EMPLOYER AND/OR
FORMER EMPLOYER **HARRIS WATER MAIN & SEWER CONTRACTORS, INC.**

</div>

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

| | |
|---|---|
| EDEN PINO, LESTER MONCADA, and WALTER ULLOA, on behalf of themselves and all others similarly situated, | : <br> : <br> : |
| *Plaintiffs*, | : |
| – against – | : Case No. 17-cv-5910 (KAM)(RER) |
| HARRIS WATER MAIN & SEWER CONTRACTORS, INC., STEVEN KOGEL, individually, and BRETT KOGEL, individually, | : <br> : <br> : |
| *Defendants*. | : |

----------------------------------------------------------------x

**DEADLINE REMINDER:** The deadline to opt-in to the wage and hour lawsuit currently pending against Harris Water Main & Sewer Contractors, Inc., Steven Kogel, and Brett Kogel is [INSERT DEADLINE – 60 DAYS FROM DATE OF MAILING OF NOTICE].

If you want to participate in the lawsuit (as detailed in the Notice dated [INSERT DATE OF NOTICE], that you should have already received), <u>your completed "Consent to Become a Party Plaintiff" form must be postmarked or returned to Plaintiffs' Counsel at the address below by [INSERT DEADLINE – 60 DAYS FROM DATE OF MAILING OF NOTICE]</u>:

<div style="text-align:center;">

TARTER KRINSKY & DROGIN LLP
1350 Broadway, 11th Floor
New York, NY 10018
Phone: (212) 216-8000
Email: HarrisLawsuit@tarterkrinsky.com

</div>

If your completed "Consent to Become a Party Plaintiff" form is not postmarked or returned to Plaintiffs' counsel by [INSERT DEADLINE – 60 DAYS FROM DATE OF MAILING], you may not be able to participate in this lawsuit.

THIS NOTICE AND ITS CONTENTS HAVE BEEN AUTHORIZED BY THE UNITED STATES DISTRICT FOR THE EASTERN DISTRICT OF NEW YORK, THE HONORABLE RAMON E. REYES, JR., UNITED STATES MAGISTRATE JUDGE. THE COURT HAS TAKEN NO POSITION IN THIS CASE REGARDING THE MERITS OF PLAINTIFFS' CLAIMS OR DEFENDANTS' DEFENSES. DO NOT TELEPHONE THE COURT REGARDING THIS NOTICE.

<div style="text-align:center;">

Questions?
Please contact Plaintiffs' counsel, Tarter Krinsky & Drogin LLP.

</div>