UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
EDEN PINO, LESTER MONCADA, and :
WALTER ULLOA, on behalf of themselves and all
others similarly situated, :

                   Case No. 17-cv-5910 (KAM)(RER)

         *Plaintiffs*, :

     – against –     :  **DECLARATION OF**
                             **LESTER MONCADA**
HARRIS WATER MAIN & SEWER   :  **IN SUPPORT OF PLAINTIFFS'**
CONTRACTORS, INC., STEVEN KOGEL,    **MOTION FOR CONDITIONAL**
individually, and BRETT KOGEL, individually,  :  **CERTIFICATION**

         *Defendants.* :
-----------------------------------------------------------------x

     Lester Moncada hereby declares the following to be true under penalty of perjury pursuant to 28 U.S.C. § 1746:

    1.    I am a plaintiff in the referenced action.

    2.    I worked for defendants from approximately 2005 until June 29, 2015 as a crew member/field employee performing manual labor including, but not limited to, the construction, installation, repair, and/or replacement of residential and commercial water mains and sewer lines in New York, New York.

    3.    While working for defendants, I was not paid for all of the time that I worked.

    4.    During my employment, I generally worked an average of about 70 hours a week for defendants.

    5.    However, I was generally only paid for about 40-45 hours a week.

    6.    I am not aware of nor did I ever observe a crew specifically designated for loading and/or unloading the trucks, which we took to the worksites, at the beginning and the end of the work day.

7. At the beginning of the day, other crew members and I would personally prepare and load our truck with tools and equipment that we would need to take to the jobsite(s) that day. I was not paid for this time.

8. At the end of the day, other crew members and I would personally unload our truck and clean. I was not paid for this time.

9. I observed other crew members/field employees, like myself, including, but not limited to, Eden Pino and Walter Ulloa doing the loading and unloading of the trucks that they were taking to their jobsite(s).

10. I was generally docked an hour a day for a lunch break that was not provided to me.

11. I also observed my fellow crew members/field employees not being provided with proper time for lunch breaks.

12. My paystubs or wages statements were often incorrect as they did not accurately reflect the number of hours I actually worked. Rather, my paystubs would often indicate that I worked fewer hours than I actually did.

13. I have had conversations with other crew members/field employees who have been employed by defendants, including but not limited to, Johnny Martinez, Jose LNU, Ariel Mendoza, Carlos Giron, Luis Fabian, Eden Pino, and Walter Ulloa about defendants failure to pay them for all of the hours they worked for defendants including for time they spent loading and/or unloading trucks and/or cleaning before and/or after their shifts, and that hours were deducted from their pay for lunch breaks that they did not receive.

14. I was also required to purchase and wear uniforms including vests, sweatshirts and t-shirts with defendants' company logo on them.

15. I was not reimbursed for the cost of the uniforms.

16. Defendants did not launder the uniforms for me and did not pay for the laundering of the uniforms.

17. Defendants did not provide me with a written notice in Spanish (which is my primary language) containing my rate of pay, my overtime rate of pay, the basis for my rate of pay, and my regular pay day.

18. I did not see notices posted in defendants' workplace regarding workers' rights under federal and/or state wage and hour laws.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 21, 2018.

                                                                                                                                _____
                                                                                                                                LESTER MONCADA

# TRANSLATOR'S CERTIFICATE OF ACCURACY

*ANNABELLE CASTILLO COHEN does hereby affirm as follows*:

- I am fluent in both the English and Spanish languages.
- I am competent to translate between English and Spanish.
- I have translated a copy of the attached **Declaration of Lester Moncada** and hereby certify that the translation was a true and complete translation to the best of my knowledge, ability, and belief.

_____
ANNABELLE CASTILLO COHEN

State of New York    )
                     ) ss.:
County of New York )

On this 21st day of February, 2018, before me personally came ANNABELLE CASTILLO COHEN, to me known, and known to me to be the same person who executed the foregoing Translator's Certificate of Accuracy and acknowledged to me that she executed the same.

_____
Notary Public

ELIZABETH ELLEN ZAIKOWSKI
Notary Public, State of New York
No. 01ZA6181277
Qualified in Suffolk County
Commission Expires 01/28/2020

{Client/083484/1/01500649.DOC;1 }