UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

EDEN PINO, LESTER MONCADA, and WALTER ULLOA, on behalf of themselves and all others similarly situated,

        *Plaintiffs*,

– against –

HARRIS WATER MAIN & SEWER CONTRACTORS, INC., STEVEN KOGEL, individually, and BRETT KOGEL, individually,

        *Defendants*.

CONSENT TO SUE

Case No. 17-cv-05910 (KAM)(RER)

I hereby consent to become a party plaintiff and make claims under the Fair Labor Standards Act, 29, U.S.C. § 201, *et seq.*, against defendants HARRIS WATER MAIN & SEWER CONTRACTORS, INC., STEVEN KOGEL, individually, and BRETT KOGEL, individually.

Dated: 1-24-18

Signature: /s/

Printed Name: Ariel Mendoza

01411594.DOCX

# TRANSLATOR'S CERTIFICATE OF ACCURACY

***ANNABELLE CASTILLO COHEN* does hereby affirm as follows**:

That I am fluent in both the English and Spanish languages.

That I am competent to translate from English to Spanish.

That I have made translations from a copy of the original documents in the English language and hereby certify that the following documents are true and complete translation to the best of my knowledge, ability, and belief.

- Consent to Sue for Ariel Mendoza

_____
ANNABELLE CASTILLO COHEN

Sworn before me this 24th day of January, 2018.

_____
Notary Public

ELIZABETH ELLEN ZAIKOWSKI
Notary Public, State of New York
No. 01ZA6181277
Qualified in Suffolk County
Commission Expires 01/28/2020